William K. Mills (State Bar No. 107222)
Mills@psmlawyers.com
**PARKER SHUMAKER MILLS LLP**
801 South Figueroa Street, Suite 1200
Los Angeles, California 90017-5569
Telephone: (213) 622-4441
Facsimile: (213) 622-1444



Attorneys for Defendants/Cross-Complainants HANIL CEMENT CO., LTD. HANIL ENGINEERING AND CONSTRUCTION CO., LTD., AND DONG SUP HUH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT - SOUTHERN DIVISION

| | |
|---|---|
| EDWARD S. AHN, an individual, and EDWARD S. AHN as a derivative Plaintiff in his capacity as a shareholder of HANIL DEVELOPMENT, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HANIL DEVELOPMENT INC., a California corporation, nominal derivative defendant; HANIL CEMENT CO., LTD., a Korean corporation; HANIL ENGINEERING and CONSTRUCTION CO., LTD., a Korean Corporation; DONG SUP HUH, an individual; KEEJUNE HUH, an individual; SUE JA KIM, an individual; HYUN SHIN, an individual; BYOUNG GIL BYOUNG, an individual; SEUNG KEUN KIM, an individual; YEONG IK KWEON, an individual; and DOROTHY ITO, an individual,<br><br>Defendants. | Case No.: CV07-08378-CJC (AJWx)<br><br>[Assigned to the Honorable Cormac J. Carney]<br><br>[~~PROPOSED~~] JUDGMENT AS TO CLAIMS AGAINST DEFENDANT DONG SUP HUH<br><br>Filing Date: 12/28/2007<br>Trial Date: 12/7/2010 |

///

///

///

1

[~~PROPOSED~~] JUDGMENT

1026437

The Motion for Summary Judgment or in the Alternative for Partial Summary Judgment (the "Motion") of Defendant DONG SUP HUH ("Mr. Huh") was set for hearing on January 25, 2010. Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* FED. R. CIV. P. 78; LOCAL RULE 7-15.

Hon. Carmac Carney, District Judge Presiding, on the Motion, papers in opposition thereto, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action against Mr. Huh be dismissed on the merits and that Mr. Huh recover his costs.

DATED: February 9, 2010

Hon. Carmac J. Carney
United States District Judge