# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 07-08378-CJC(AJWx)                                            Date: May 18, 2010

Title: <u>EDWARD AHN ET AL. V. HANIL DEVELOPMENT ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>                                    <u>   N/A   </u>
Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SUMMARY JUDGMENT SHOULD NOT BE ENTERED AGAINST PLAINTIFF**

On December 28, 2007, Plaintiff Edward Ahn, M.D., brought this Racketeer Influenced and Corrupt Organizations Act ("RICO") action against Defendants Hanil Development, Inc. ("HDI"), Hanil Cement Co., Ltd. ("Hanil Cement"), Hanil Engineering and Construction Co, Ltd. ("Hanil Engineering"), Dong Sup Huh, Keejune Huh, Sue Ja Kim, Hyun Shin, Byoung Gil Byoung aka Byoung Gil Choi, Seung Keun Kim, Yeong Ik Kweon, and Dorothy Ito. Dr. Ahn sues both as an individual and derivatively on behalf of HDI as a shareholder. On January 21, 2010, the Court granted Dong Sup Huh's motion for summary judgment on Dr. Ahn's individual and derivative RICO claims, dismissing him from this action. The Court dismissed Dr. Ahn's third cause of action in its entirety on March 25, 2010.

Based on the evidence presented in prior motions, there is cause for the Court to believe that Dr. Ahn, as an individual or as a derivative plaintiff, might not have sufficient evidence to support his claims. Accordingly, the Court, on its own motion, orders Dr. Ahn, as an individual and as a derivative plaintiff, to show cause why summary judgment should not be entered against him on his remaining causes of action for violations of RICO, breach of fiduciary duty, involuntary dissolution, and accounting. Dr. Ahn must file his opposition by June 14, 2010. Defendants must file a reply by June 28, 2010. Dr. Ahn may file a sur-reply by July 12, 2010. The hearing on this order to

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 07-08378-CJC(AJWx)                                      Date: May 18, 2010
                                                                    Page 2

---

show cause is scheduled for July 26, 2010, at 1:30 p.m.


jhp

MINUTES FORM 11
CIVIL-GEN                                                   Initials of Deputy Clerk MU