JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EDWARD S. AHN, as an individual, and EDWARD S. AHN, as a derivative plaintiff on behalf of Hanil Development, Inc., <br><br>   Plaintiffs, <br><br>   vs. <br><br> HANIL DEVELOPMENT, INC., HANIL CEMENT CO., LTD, HANIL ENGINEERING AND CONSTRUCTION CO., LTD, DONG SUP HUH, KEEJUNE HUH, BYOUNG GIL CHOI, SEUNG KEUN KIM, YEONG IK KWEON, and DOROTHY ITO, <br><br>   Defendants. | Case No.: CV 07-08378-CJC(AJWx) <br><br> JUDGMENT |

Pursuant to the Court's Order Granting Partial Summary Judgment Against Plaintiffs and Dismissing State-Law Claims for Lack of Subject Matter Jurisdiction dated August 5, 2010, IT IS HEREBY ORDERED that Plaintiff Dr. Edward S. Ahn, as an individual and as a derivative plaintiff on behalf of Hanil Development, Inc., take nothing with respect to his Racketeer Influenced and Corrupt Organizations Act claims against Defendants Keejune Huh, Byoung Gil Choi, Seung Keun Kim, Yeong Ik Kweon, Hanil Cement Co., Ltd., and Hanil Engineering and Construction Co., Ltd. and that the Racketeer Influenced and Corrupt Organizations Act claims are dismissed on the merits. The remaining state-law claims are dismissed without prejudice. Defendants shall recover their costs.

DATED:   August 5, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE